# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ROB BARE, DISTRICT JUDGE,
Respondents,
and
YANCEY TAYLOR; BRIAN ARIZMENDI; AND LAS VEGAS POLICE MANAGERS AND SUPERVISORS ASSOCIATION,
Real Parties in Interest.

No. 81475

FILED

AUG 10 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order compelling arbitration pursuant to a collective bargaining agreement.

Having considered petitioner's arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, petitioner

20-29382

has an adequate remedy in the form of an appeal from final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____ Pickering _____, C.J.
Pickering

_____ Hardesty _____, J.
Hardesty

_____ Stiglich _____, J.
Stiglich

cc:    Hon. Rob Bare, District Judge
       Marquis Aurbach Coffing
       Daniel C. Coe
       Eighth District Court Clerk